AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Stephanie Ann Glatz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:24-CV-02219 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Final judgment is entered in favor of the Commissioner of Social Security and against Plaintiff pursuant to
Fed.R.Civ.P. 58.

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Sean A. Camoni  pursuant to Memorandum Opinion

and Order dated 3/30/2026 [Docs. 19, 20].

Date:    3/30/2026

*CLERK OF COURT*

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, *Deputy Clerk*

*Signature of Clerk or Deputy Clerk*